IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE STATE OF ALABAMA and ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv102-MHT (WO) |
| TANNER CONSTRUCTION COMPANY, INC., d/b/a Tanner, Inc., et al., | ) ) ) ) | |
| Defendants. | ) | |
| | | |
| TANNER CONSTRUCTION COMPANY, INC., d/b/a Tanner, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv342-MHT (WO) |
| FORTERRA PIPE & PRECAST, LLC, f/k/as Hanson Pipe & Precast, Inc., | ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 54), it is the ORDER, JUDGMENT, and DECREE of

the court that these consolidated cases are dismissed in their entirety without prejudice and with the parties to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The cases are closed.

DONE, this the 22nd day of February, 2021.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE